**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kevin Ronregus JONES, a/k/a Ron, a/k/a Kevin Ronregas Jones, Defendant–Appellant.**

No. 01–4098.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 4, 2002.

B. Thomas Reed, Norfolk, VA, for Appellant. Paul J. McNulty, United States Attorney, Laura M. Everhart, Assistant United States Attorney, Norfolk, VA, for Appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Kevin Ronregus Jones appeals his conviction and sentence imposed for conspiracy to distribute and possess with intent to distribute cocaine base in violation of 21 U.S.C. § 846 (1994), and possession with intent to distribute and distribution of cocaine base in violation of 21 U.S.C.A. § 841(a)(1) (West 1999 & Supp.2001). On appeal, he argues only that Congress exceeded its authority under the Commerce Clause in enacting the drug trafficking statute, 21 U.S.C.A. § 841. Jones contends that drug trafficking is not an activity affecting interstate commerce that Congress may regulate pursuant to the Commerce Clause.

We rejected this claim in *United States v. Leshuk*, 65 F.3d 1105, 1111–12 (4th Cir. 1995), concluding that under *United States v. Lopez*, 514 U.S. 549, 115 S.Ct. 1624, 131 L.Ed.2d 626 (1995), intrastate drug trafficking activity had a substantial effect on interstate commerce. Accordingly, we affirm Jones' conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*